UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLUMBERS LOCAL #200 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>THE WASHINGTON POST COMPANY, *et al.*<br><br>                  Defendants. | Civil No.: 1:10-cv-1835 (BJR)<br><br><u>CLASS ACTION</u><br><br>JOINT SCHEDULING STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE |

       WHEREAS on November 24, 2010, the parties submitted a Joint Scheduling Stipulation (the "Scheduling Stipulation"), stipulating and agreeing to deadlines for plaintiff to file the consolidated complaint, for Defendants to file their response thereto and stating the parties would confer in good faith and recommend to the Court a reasonable briefing schedule for plaintiff's opposition and Defendants' reply thereto [Dkt. No. 4];

       WHEREAS on December 1, 2010, the Court approved the Scheduling Stipulation [Dkt. No. 5];

       WHEREAS on April 21, 2011, the Court issued an order appointing Iron Workers Local No. 25 Pension Fund as Lead Plaintiff ("Plaintiff") and Robbins Geller Rudman & Dowd LLP as Lead Counsel [Dkt. No. 9];

       WHEREAS on June 17, 2011, the parties submitted the Amended Joint Scheduling Stipulation and [Proposed] Order (the "Amended Scheduling Stipulation") extending the deadlines

for Plaintiff to file its consolidated complaint and for Defendants to answer, move against, or otherwise respond to the consolidated complaint [Dkt. No. 11];

WHEREAS, on June 20, 2011, the Court issued an order granting the Amended Scheduling Stipulation;

WHEREAS, consistent with the Amended Scheduling Stipulation, on June 24, 2011, Plaintiff filed its Consolidated Class Action Complaint for Violations of Federal Securities Laws (the "Consolidated Complaint") [Dkt. No. 14], and Defendants filed their Motion to Dismiss the Consolidated Complaint on August 26, 2011 (the "Motion to Dismiss") [Dkt. No. 17];

WHEREAS, on August 26, 2011, Defendants also filed a Request for Judicial Notice (the "Motion for Judicial Notice") [Dkt. No. 18];

WHEREAS consistent with the terms of the Scheduling Stipulation, counsel for the parties have conferred in good faith and agreed upon a reasonable schedule for Plaintiff's opposition to the Motion to Dismiss and Defendants' reply. In addition, counsel for the parties also conferred in good faith to establish a briefing schedule for Defendants' Motion for Judicial Notice.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that:

1. Plaintiff shall file its oppositions to the Motion to Dismiss and the Motion for Judicial Notice on October 10, 2011.

2. Defendants shall file their replies to Plaintiff's oppositions on November 9, 2011.

**IT IS SO STIPULATED.**

DATED:  September 8, 2011  ROBBINS GELLER RUDMAN
 & DOWD LLP


*/s/ ROBERT J. ROBBINS*
ROBERT J. ROBBINS

DAVID J. GEORGE (*pro hac vice*)
ROBERT J. ROBBINS (*pro hac vice*)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

*Attorneys for Lead Plaintiff*

DATED:  September 8, 2011  LAW OFFICE OF ROGER M. ADELMAN


*/s/ ROGER M. ADELMAN*
ROGER M. ADELMAN

ROGER M. ADELMAN (DC Bar No.  056358)
1100 Connecticut Avenue, NW – Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)
Email:  radelman@erols.com

*Attorneys for Lead Plaintiff*

DATED:  September 8, 2011  WILLIAMS & CONNOLLY LLP


*/s/ STEVEN FARINA*
STEVEN FARINA

STEVEN FARINA (DC Bar No.  437078)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  202/434-5526
202/434-5029 (fax)
Email:  sfarina@wc.com

*Attorneys for Defendants*

-4-

**SO ORDERED:**

_____
HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT

DATED: _____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                                        */s/ ROBERT J. ROBBINS*
                                        ROBERT J. ROBBINS