# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| PLUMBERS LOCAL #200 PENSION FUND<br>*Plaintiff*<br>v.<br>WASHINGTON POST COMPANY, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 10-1835 (BJR) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Judgment is hereby entered for defendants on the motion to dismiss; this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Barbara J. Rothstein on a motion to dismiss.

Date: 12/28/2011

*ANGELA D. CAESAR, CLERK OF COURT*

Tonya T. Hightower /s/

*Signature of Clerk or Deputy Clerk*