**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PLUMBERS LOCAL #200 PENSION FUND, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON POST COMPANY, DONALD E. GRAHAM, and HAL. S. JONES,**<br><br>**Defendants.** | **Civil Action No. 10-01835 (BJR)**<br><br>**ORDER** |

It is this 19th day of March, 2013, **ORDERED** as follows:

(1) Defendants' Motion to Dismiss [#37] is **GRANTED** and the case is **DISMISSED with prejudice**;

(2) Defendants' Motion to Take Judicial Notice [#38] is **DENIED as moot**; and

(3) Plaintiff's Motion to Take Judicial Notice [#44] is **DENIED as moot**.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE